920

No. 92-5200. CHESTNA v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 92-5241. CABRERA v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 92-5250. SHANKLIN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 92-5283. HERNANDEZ ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92-5284. VANCE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92-5454. WANZER v. COLLINS. C. A. 5th Cir. Certiorari denied.

No. 92-5455. WHITLEY v. SENKOWSKI, SUPERINTENDENT, CLINTON CORRECTIONAL FACILITY, ET AL. C. A. 2d Cir. Certiorari denied.

No. 92-5456. ANDREWS v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 92-5457. ALLEN v. DOWD, WARDEN, ET AL. C. A. 8th Cir. Certiorari denied.

No. 92-5469. RIVERA v. LANE. C. A. 7th Cir. Certiorari denied.

No. 92-5478. TOSADO v. LACOBELLE ET AL. C. A. 2d Cir. Certiorari denied.

No. 92-5480. ANTONELLI v. BEELER, WARDEN, ET AL. C. A. 7th Cir. Certiorari denied.

No. 92-5484. FUENTES MACIAS v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 92-5490. BAKER v. MICHIGAN ET AL. C. A. 6th Cir. Certiorari denied.